```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 20541
    PATRICIA E KANE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-0541

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/06/2008 and was confirmed 10/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/15/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  CURRENT MORTG         .00              .00           .00
WELLS FARGO FINANCIAL IL  MORTGAGE ARRE    44433.00              .00           .00
WELLS FARGO BANK          MORTGAGE NOTI   NOT FILED             .00           .00
CHICAGO PATROLMENS C U    SECURED VEHIC     9863.42            47.57        973.23
CHRIST HOSPITAL           UNSEC W/INTER   NOT FILED             .00           .00
CHRIST HOSPITAL           UNSEC W/INTER   NOT FILED             .00           .00
CAPITAL ONE BANK          UNSEC W/INTER      806.48              .00           .00
CAPITAL ONE BANK          UNSEC W/INTER      699.10              .00           .00
HSBC BANK                 UNSEC W/INTER   NOT FILED             .00           .00
CHICAGO PATROLMENS C U    UNSEC W/INTER       30.41              .00           .00
MICHAEL KANE              NOTICE ONLY     NOT FILED             .00           .00
CHICAGO PATROLMENS C U    UNSEC W/INTER      494.91              .00           .00
CHICAGO PATROLMENS C U    UNSEC W/INTER      491.98              .00           .00
MARTIN J OHEARN           DEBTOR ATTY      2,500.00                            .00
TOM VAUGHN                TRUSTEE                                            79.20
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   1,100.00

PRIORITY                                           .00
SECURED                                         973.23
    INTEREST                                     47.57
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                             79.20
DEBTOR REFUND                                      .00
                        ---------------   ---------------
TOTALS                    1,100.00            1,100.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 20541 PATRICIA E KANE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |